ROBERT T. EGLET, ESQ.
Nevada Bar No. 3402
ROBERT M. ADAMS, ESQ.
Nevada Bar No. 6551
**MAINOR EGLET, LLP**
400 South Fourth Street, #600
Las Vegas, Nevada 89101
(702) 450-5400
Counsel for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| CHESTER WORTH TURNBULL and JOANNA TURNBULL, husband and wife, <br><br> Plaintiffs, <br><br> vs. <br><br> LAWRENCE J. BURKE; FEDEX GROUND PACKAGE SYSTEMS, INC.; JOHN H. SMITH TRUCKING; JAMES H. SMITH TRUCKING, INC., <br><br> Defendants. | 2:09-cv-0004-PMP-RJJ |

///

///

///

## SUBSTITUTION OF ATTORNEYS

ROBERT T. EGLET, ESQ., and ROBERT M. ADAMS, ESQ., of the law firm of MAINOR EGLET, LLP, as counsel of record for Plaintiff CHESTER TURNBULL, does hereby consent to the substitution of ROBERT W. COTTLE, ESQ., as attorney for Plaintiff CHESTER TURNBULL, in the above-entitled matter in his place and stead.

DATED this 28TH day of July, 2010.

MAINOR EGLET, LLP

By: _____
ROBERT T. EGLET, ESQ.
Nevada Bar No. 3402
ROBERT M. ADAMS, ESQ.
Nevada Bar No. 6551
400 South Fourth Street, #600
Las Vegas, Nevada 89101
(702) 450-5400

ROBERT W. COTTLE, ESQ. does hereby agree to be substituted in the place of ROBERT T. EGLET, ESQ., and ROBERT M. ADAMS, ESQ., as attorney for Plaintiff CHESTER TURNBULL in the above-entitled matter.

DATED this 29 day of July, 2010.

LAW OFFICE OF ROBERT W. COTTLE

By: _____
ROBERT W. COTTLE, ESQ.
Nevada Bar No. 4576
Galleria Corporate Center
375 North Stephanie, Suite 2213
Henderson, Nevada 89014
(702) 767-6776

2

CHESTER TURNBULL, Plaintiff in the above-entitled matter, consents to the substitution of ROBERT W. COTTLE, ESQ., in the place of ROBERT T. EGLET ESQ., and ROBERT M. ADAMS, ESQ., as his attorney of record.

DATED this __31__ day of July, 2010.

By: _____
CHESTER TURNBULL

IT IS SO ORDERED.
_____
UNITED STATES MAGISTRATE JUDGE
DATE: AUGUST 6, 2010

3